IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE REMSEN,

    Petitioner,                   No. CIV S-08-0447 FCD EFB P

    vs.

ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et al.,

    Respondents.              ORDER

/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 22, 2008, respondents requested an extension of time in which to file a response to the petition. *See* Fed. R. Civ. P. 6. On June 23, 2008, respondents filed their motion to dismiss.

    Good cause appearing, it is hereby ORDERED that:

    1. Respondents' May 22, 2008, request for an extension of time is granted;

    2. Respondents' June 23, 2008, motion to dismiss is deemed timely filed; and

    3. Petitioner shall file his opposition or statement of no-opposition within 30 days.

So Ordered.

DATED: July 2, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE