IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE REMSEN,

    Petitioner,                        No. CIV S-08-0447 FCD EFB P

    vs.

ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA, et al.,

    Respondents.                  <u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 24, 2008, petitioner requested an extension of time to file his opposition to respondents' June 23, 2008, motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's July 24, 2008, request is granted and petitioner has 30 days from the date this order is served to file his opposition.

Dated: August 18, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE