IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE REMSEN,

      Petitioner,             No. CIV S-08-0447 FCD EFB P

  vs.

ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA, et al.,

      Respondents.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 30, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

///

///

///

1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2 | 304, this court has conducted a de novo review of this case. Having carefully reviewed the
3 | entire file, the court finds the findings and recommendations to be supported by the record and
4 | by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 30, 2009, are adopted in full;

2. Respondent's June 23, 2008, motion to dismiss is granted; and,

3. This action is dismissed on the ground that the petition is second or successive and petitioner has not demonstrated that the Ninth Circuit has granted him leave to file it in this court.

DATED: March 12, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE